IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:05cr102=T |
| | ) | WO |
| SAM TURNER | ) | |

## ORDER ON MOTION

Upon consideration of defendant's motion to reconsider release on bond (Doc. # 24), filed November 1, 2005, and for good cause, it is

ORDERED that the motion be and hereby is DENIED.

DONE, this 1st day of November, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE