IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | **CRIMINAL ACTION NO.** |
| ) | **1:05cr102-MHT** |
| **SAM TURNER** ) | |

## ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Defendant Sam Turner's objections (Doc. No. 46), are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 44) is adopted.

(3) Defendant Turner's motion to suppress (Doc. No. 39) is denied as untimely.

Defendant Turner argues that his suppression motion was untimely because of "newly discovered evidence." Defendant Turner, however, does not describe what this

new evidence is or why it justifies his extreme tardiness.

DONE, this the 31st day of January, 2006.


                                       /s/ Myron H. Thompson  
                                     **UNITED STATES DISTRICT JUDGE**